IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DWAYNE CLINE NIMMONS,**

    **Plaintiff,**

vs.                                        Case No. 4:05cv245-WS/WCS

**WILLIAM STAFFORD, et al.,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

Plaintiff has filed a "petition for writ of mandamus." Doc. 1. Plaintiff has not paid the filing fee, nor has Plaintiff submitted a motion seeking leave to proceed *in forma pauperis*. Such a motion would, nonetheless, be denied.

Plaintiff previously filed a prisoner civil rights case in this district, number 4:01cv161-RH, which was dismissed for failure to state a claim on June 5, 2001. Doc. 8. Plaintiff appealed the dismissal and the appeal was dismissed by the Eleventh Circuit as frivolous. Doc. 26. Those two dismissals count as "strikes" pursuant to 28 U.S.C. § 1915(g). Plaintiff also filed another prisoner civil rights case, number 4:01cv01-WS, which was similarly dismissed by this Court for failure to state a claim.

That dismissal means Plaintiff has had three cases dismissed on the grounds that they were frivolous or failed to state a claim upon which relief may be granted. Therefore, pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed *in forma pauperis* in federal court.

The instant complaint (petition of writ of mandamus) alleges that Plaintiff has filed civil rights complaints which are not filed, docketed and considered quickly enough. These are not allegations which demonstrate that Plaintiff is in jeopardy of serious physical injury and, thus, the allegations do not bring Plaintiff within the "imminent danger" exception to the three "strikes" bar of § 1915(g).

Because Plaintiff has had at least three prior dismissals and is not under imminent danger of serious physical injury, this case should be dismissed. The dismissal should be without prejudice to Plaintiff presenting his allegations in a complaint for which he pays the full $250.00 filing fee at the time of filing.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** because Plaintiff did not submit the filing fee at the time of case initiation and Plaintiff is not entitled to proceed *in forma pauperis*.

**IN CHAMBERS** at Tallahassee, Florida, on July 22, 2005.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**