IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE CLINE NIMMONS,

       Plaintiff,

v.                                    4:05cv245-WS

WILLIAM STAFFORD, et al.,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 2) docketed July 22, 2005. The magistrate judge recommends that this action be dismissed. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 2) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's petition for writ of mandamus (doc. 1) and this action are hereby DISMISSED because the plaintiff failed to submit the filing fee at the time of case initiation and is not entitled to proceed *in forma pauperis*.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this September 16, 2005.


      /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE